**Order entered May 3, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00278-CV

### CITY OF DALLAS, Appellant

### V.

### MILLWEE-JACKSON JOINT VENTURE, ET AL., Appellees

### On Appeal from the 101st Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. 04-07287-E

## ORDER

We **GRANT** appellant's April 30, 2013 motion for an extension of time to file a brief.

Appellant shall file its brief on or before June 12, 2013. We caution appellant that no further

extension of time will be granted in this accelerated appeal absent extraordinary circumstances.

/s/ CAROLYN WRIGHT
CHIEF JUSTICE